# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

**SCOTT J. GOLDSTEIN, ESQ.**[**]
**JENEE K. CICCARELLI, ESQ.**[**]
**JACK E. WENARSKY, ESQ.**[**] **(RETIRED)**
[**]*ADMITTED IN NY AND NJ*

Tel: 973-927-5100
Fax: 973-927-5252
info@wg-attorneys.com
www.wg-attorneys.com

**ATTORNEY'S CONTACT**
Scott J. Goldstein
Direct Email: Scott@wg-attorneys.com

December 29, 2025

**Via CM/ECF**
Honorable John Mastando, III
United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004

**In re Rolley**
**SDNY Case No. 25-12883**

---

Dear Judge Mastando:

Please accept this letter withdrawing the motion filed at Docket No. 5. That filing was a service copy for use by our process service company. The motion was refiled correctly at Docket No. 6.

Respectfully,

/s/Scott J. Goldstein
Scott J. Goldstein, Esq.

cc: Thomas Frost, Chapter 13 Trustee (via NEF)